UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. CRAIG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENA JONES, et al.,<br><br>　　　　　Defendants. | No.  2:22-cv-1874 AC P<br><br><br>ORDER |

Plaintiff has requested the appointment of counsel.  ECF No. 5.  In support of the motion, plaintiff states in part that he is indigent; that efforts he made to secure counsel for himself have been unsuccessful, and that he has limited knowledge of the law.  Id. at 1-4.

The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  Given the facts above, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

////

////

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of
2 | counsel (ECF No. 5) is DENIED.
3 | DATED: May 16, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE