UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. CRAIG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENA JONES, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-1874 DAD AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis ("IFP"). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. The undersigned has recommended that plaintiff be declared a three-strikes litigant under 28 U.S.C. § 1915(g) and that he be required to pay the filing fee in full prior to proceeding any further in this action. ECF No. 9. This recommendation is pending before the district judge.

　　　　Plaintiff has filed a motion for a jury trial. ECF No. 10. Because plaintiff's IFP application and status as a three strikes litigant remain unresolved, the complaint has not yet been screened. No defendant has been served. Accordingly, plaintiff's motion for a jury trial is premature.

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a jury trial (ECF No. 10) is DENIED as prematurely filed.

DATED: June 12, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE