UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. CRAIG, | No. 2:22-cv-1874 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| GENA JONES, et al., | |
| Defendants. | |

Plaintiff has moved for an extension of time to file objections to the findings and recommendations that issued on May 25, 2023. ECF No. 13. His motion was docketed on June 26, 2023. Id. The findings and recommendations were adopted on June 16, 2023. ECF No. 12. Accordingly, the motion will be denied as moot.

Plaintiff was denied in forma pauperis status and ordered to pay the filing fee in full. ECF No. 12. It appears from the docket that plaintiff intends to do so. See ECF No. 14 (notice re trust account withdrawal request). Payment has not been received by the court, however.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is DENIED as moot; and

2. Within fourteen days from the date of this order, plaintiff shall pay the filing fee in full. Failure to pay the fee in full within the period allotted may result in the dismissal of this action.

1

**Plaintiff is cautioned that absent exigent circumstances, no extensions of time to pay the filing fee in full will be granted.**

DATED: July 25, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2