UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. CRAIG, | No. 2:22-cv-01874 DAD AC |
| Plaintiff, | |
| v. | ORDER |
| GENA JONES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Currently pending before the court is plaintiff's second motion to compel discovery. ECF No. 16. However, a review of the docket in this case indicates that plaintiff's first amended complaint, received on May 11, 2023, is still pending screening by the court. See 28 U.S.C. § 1915A(a). Since no defendant has been served with the amended complaint, the court has not issued a discovery and scheduling order in this case. The court previously explained this procedure by order dated May 25, 2023 when it denied plaintiff's first motion to compel as premature. ECF No. 9 at 2. Since discovery in this case has not yet opened, the motion to compel will be denied as premature.

Plaintiff is cautioned against filing repetitive non-dispositive motions because it slows down the court's screening of the amended complaint. In the event that plaintiff disregards this admonition, the court will limit plaintiff's filings in this case.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 16) is denied as premature.

DATED: February 13, 2024

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE