UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. CRAIG,<br><br>            Plaintiff,<br><br>    v.<br><br>GENA JONES, et al.,<br><br>            Defendants. | No.  2:22-cv-1874 DAD AC P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to the October 22, 2024, findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 30) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations (ECF No. 29).

DATED: December 4, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE