UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. CRAIG,<br><br>    Plaintiff,<br><br>    v.<br><br>GENA JONES, et al.,<br><br>    Defendants. | No. 2:22-cv-01874-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 26, 29) |

Plaintiff Michael A. Craig is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 22, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a temporary restraining order and preliminary injunction prohibiting defendants from making verbal threats towards him for filing inmate grievances be denied. (Doc. No. 29 at 4–5.) The assigned magistrate judge concluded that, in light of the screening order finding that plaintiff's second amended complaint failed to state a claim for which relief may be granted, plaintiff had not demonstrated that he is likely to succeed on the merits of his claims. (*Id*. at 5.) Those pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21)

1

1  days after service.  (*Id.* at 6.)  On December 23, 2024, after receiving an extension of time,
2  plaintiff filed objections to the pending findings and recommendations.  (Doc. No. 32.)
3      The court has reviewed plaintiff's objections and observes that they contain several pages
4  of legal citation, inmate grievance forms, medical records, and prison disciplinary information.
5  (*Id.*)  However, the court finds that plaintiff has not articulated any basis in his objections upon
6  which the findings and recommendations should be rejected as "clearly erroneous or contrary to
7  law." Fed. R. Civ. P. 72(a).
8      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
9  *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
10 findings and recommendations are supported by the record and by proper analysis.
11     Accordingly,
12     1.   The findings and recommendations issued on October 22, 2024 (Doc. No. 29) are
13          adopted in full;
14     2.   Plaintiff's motion for a temporary restraining order and preliminary injunction
15          (Doc. No. 26) is denied; and
16     3.   This matter is referred back to the assigned magistrate judge for further
17          proceedings.
18     IT IS SO ORDERED.
19  Dated:  **January 14, 2025**
20                                      DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE

2