1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL A. CRAIG,                          No.  2:22-cv-01874 DAD AC P

12              Plaintiff,

13        v.                                    FINDINGS AND RECOMMENDATIONS

14   GENA JONES, et al.,

15              Defendants.

16

17        By order filed October 22, 2024, the complaint was screened and found to not state a

18   claim for relief.  ECF No. 29.  Plaintiff was given thirty days to file an amended complaint that is

19   no longer than 25 pages in length and cautioned that failure to do so would result in a

20   recommendation that this action be dismissed.  Id. at 6.  After plaintiff failed to file an amended

21   complaint, he was given an additional twenty-one days to amend the complaint and warned that

22   failure to do so would result in a recommendation that this action be dismissed without further

23   warning.  ECF No. 34.  Twenty-one days have now passed, and plaintiff has not filed an amended

24   complaint or otherwise responded to the court's order.

25        Accordingly, IT IS HEREBY RECOMMENDED that the complaint be dismissed for

26   failure to state a claim for the reasons set forth in the October 22, 2024, Screening Order (ECF

27   No. 29).  See L.R. 110; Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A.

28        These findings and recommendations are submitted to the United States District Judge

1

1  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

2  after being served with these findings and recommendations, plaintiff may file written objections

3  with the court and serve a copy on all parties.  Such a document should be captioned "Objections

4  to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

5  objections within the specified time may waive the right to appeal the District Court's order.

6  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

7  DATED: February 19, 2025

8  ALLISON CLAIRE
9  UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28