UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. CRAIG,<br><br>    Plaintiff,<br><br>    v.<br><br>GENA JONES, et al.,<br><br>    Defendants. | No. 2:22-cv-01874-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 35) |

Plaintiff Michael A. Craig is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 20, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's complaint be dismissed for failure to state a claim. (Doc. No. 35 at 1.) Specifically, the magistrate judge noted that on October 22, 2024, the court screened plaintiff's complaint and dismissed it for failure to state a claim and also granted plaintiff thirty days in which to file an amended complaint to attempt to cure the noted pleading deficiencies. (*Id.*; Doc. No. 29.) On January 16, 2025, observing that plaintiff failed to file an amended complaint, the magistrate judge *sua sponte* granted plaintiff an additional twenty-one days in which to file an amended complaint. (Doc. No. 34.) Plaintiff was warned that failure to

1

1 respond would result in a recommendation that this action be dismissed.  (*Id*. at 1.)  Plaintiff did
2 not file an amended complaint nor respond to the court's order in any way.
3       The pending findings and recommendations were served on plaintiff and contained notice
4 that any objections thereto were to be filed within fourteen (14) days after service.  (Doc. No. 35
5 at 2.)  To date, no objections have been filed, and the time in which to do so has passed.
6       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a
7 *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
8 pending findings and recommendations are supported by the record and proper analysis.
9       Accordingly,
10       1.    The findings and recommendations issued on February 20, 2025 (Doc. No. 35) are
11            ADOPTED in full;
12       2.    This action is DISMISSED without prejudice for failure to prosecute, failure to
13            comply with court orders, and failure to state a claim; and
14       3.    The Clerk of the Court is directed to CLOSE this case.
15       IT IS SO ORDERED.
16 Dated:   **June 13, 2025**
17                                      DALE A. DROZD
                                     UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28