UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. CRAIG,<br><br>   Plaintiff,<br><br>   v.<br><br>JONES, et al.,<br><br>   Defendants. | No. 2:22-cv-1874 DAD AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. By order filed June 16, 2025, the complaint was dismissed without leave to amend for failure to prosecute, failure to comply with court orders, and failure to state a claim and this case was closed. ECF No. 36. Plaintiff has now filed two documents styled as motion. ECF Nos. 38, 39. However, neither document identifies what, if any relief, plaintiff is seeking and both are largely nonsensical.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions (ECF Nos. 38, 39) are DENIED. Because this case is closed, no future filings will be considered.

DATED: December 22, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE